# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

        Plaintiff,

v.                                                                  CV No. 19-670 CG

ANDREW SAUL, Commissioner of
the Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff John Peralta's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 16), filed November 15, 2019. Having reviewed the Motion and noting it is unopposed, the Court finds the Motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until December 16, 2019, to serve his Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through February 14, 2020, to serve his Response, and Plaintiff through February 28, 2020, to serve his reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE