# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV No. 19-670 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## AMENDED ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff John Peralta's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed December 16, 2019. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file his Motion to Reverse or Remand no later than January 15, 2020; Defendant may file his Response no later than March 16, 2020; and Plaintiff may file a Reply no later than March 30, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE