IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

    Plaintiff,

v.                                CV No. 19-670 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING IN PART MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant Commissioner's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 23), filed March 12, 2020. In the Motion, Defendant requests a thirty-day extension to file his response to Plaintiff's *Motion to Remand to Agency with Supporting Memorandum*, (Doc. 21). (Doc. 23 at 3). The Court, having reviewed the Motion, finds it shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **April 6, 2020**, to file his response; and Plaintiff shall have until **April 20, 2020**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE