IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

        Plaintiff,

v.                                             CV No. 19-670 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 27), filed April 20, 2020. In the Motion, Plaintiff requests a seven-day extension to file his Reply in support of his *Motion to Reverse or Remand*, (Doc. 21). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through April 27, 2020, to serve his Reply in support of his *Motion to Reverse or Remand*, (Doc. 21).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE