## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOHN PERALTA,

      Plaintiff,

v.                                                                          No. CV 19-670 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

### **FINAL JUDGMENT**

**THE COURT** having issued the *Memorandum Opinion and Order*, (Doc. 31),

enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil

Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting

Memorandum*, (Doc. 21), shall be **GRANTED** and this case is **REMANDED** to the

Commissioner for further proceedings consistent with the Court's opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE